O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINH QUOC MA,<br><br>                Petitioner,<br><br>      v.<br><br>JOSHUA JOHNSON,<br><br>                Respondent. | Case No. 5:26-cv-02373-TJH-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 13).  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

IT IS THEREFORE ORDERED that:

1.    Judgment shall be entered granting the Petition;

2.    Respondent must **immediately release** Petitioner from custody; and

3.    Respondent is enjoined from re-detaining Petitioner unless and until Respondent complies with all constitutional principles and applicable laws and regulations in doing so.

DATED: May 14, 2026

Hon. Terry J. Hatter, Jr.
UNITED STATES DISTRICT JUDGE

2