JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BINH QUOC MA,

        Petitioner,

   v.

JOSHUA JOHNSON,

        Respondent.

Case No. 5:26-cv-02373-TJH-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition is granted.

DATED: __May 14, 2026__

_____
Hon. Terry J. Hatter, Jr.
UNITED STATES DISTRICT JUDGE